FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2016

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HEDGES,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID S. WESLEY, et al.,<br><br>    Defendants. | Case No. CV 15-0713 CAS (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 3/31/16

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE